UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH WILSON,

    Plaintiff,

CASE NO. 13-12261

v.

HON. JUDGE MARK A. GOLDSMITH

VIRGIL C. SMITH,

    Defendant.

_____/

## JUDGMENT

In accordance with the Opinion and Order entered on this date,

IT IS ORDERED AND ADJUDGED that the complaint is summarily dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

    DAVID J. WEAVER
    COURT ADMINISTRATOR

    By: s/Deborah J. Goltz
Dated:    Deputy Clerk

APPROVED:

s/Mark A. Goldsmith
UNITED STATES DISTRICT JUDGE